| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:07-CR-0196 GEB |
| v. ) | |
| ) | |
| MIGUEL ANGEL SUAREZ ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum             ( ) Ad Testificandum

Name of Detainee:
Detained at (custodian):     **FOLSOM STATE PRISON**

Detainee is:      a.)   (X) charged in this district by:   (X) Indictment  ( ) Information  ( ) Complaint
                              charging detainee with: Being a Deported Alien Found in the United States
         or      b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   ( ) return to the custody of detaining facility upon termination of proceedings
         or      b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
                              is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

|  |  |
|---|---|
| Signature: | /s/ Kyle F. Reardon |
| Printed Name & Phone No: | KYLE F. REARDON/916-554-2782 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
   (X) Ad Prosequendum             ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 8/15/07

_____
United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | NA | Male X  Female ___ | |
| Booking or CDC #: | V35927 | DOB: | |
| Facility Address: | 300 Prison Road | Race: | |
|  | Represa, CA 95670 | FBI #: 180289RA9 | |
| Facility Phone: | 916-985-2561 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____    By: _____
                                           (Signature)