DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.07-196-GEB |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE STATUS** |
| v. ) | **CONFERENCE; ORDER ON EXCLUSION OF** |
| ) | **TIME** |
| ) | |
| ) | Date: October 26, 2007 |
| MIGUEL ANGEL SUAREZ, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for September 28, 2007 be continued to October 26, 2007.

This continuance is requested because the probation department is preparing a pre-plea presentence report in this fast-track immigration case.  The parties have not yet received the report and need additional time to receive it, review it, and discuss a plea agreement.  Defense counsel needs additional time to discuss the case with Mr. Suarez.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

October 26, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

DATED: September 26, 2007      /s/ RACHELLE BARBOUR
        RACHELLE BARBOUR
        Assistant Federal Defender
        Attorney for Defendant
        MIGUEL ANGEL SUAREZ

        McGREGOR SCOTT
        United States Attorney

DATED: September 26, 2007      /s/ RACHELLE BARBOUR
        KYLE REARDON
        Assistant U.S. Attorney
        Attorney for Plaintiff

**O R D E R**

    **IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

September 28, 2007

        GARLAND E. BURRELL, JR.
        United States District Judge